# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

October 10, 2024

**VIA CM/ECF**
Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1105
New York, NY 10007

      Re:    Laureano v. 50 Pennyfield Pub, Inc., d/b/a Paddy's on The Bay, et al.
             Case 1:24-cv-01775-JMF
             Amended Letter of Adjournment

Dear Judge Furman,

    Per the Civil Case Management Plan and Scheduling Orser [D.E. 15], a joint Status Letter is to be submitted by the parties with regard to the Pretrial Conference scheduled for October 16, 2024, at 10:00 a.m.

    At present, the parties are still engaged in settlement discussions with the assistance of the mediator, and as such, it is hereby respectfully requested that this Conference be adjourned in order to provide ample time for settlement discussions, while conserving further attorney's fees and costs. Therefore, a 30-day adjournment of the Pretrial Conference is respectfully requested, should settlement not occur, to be reset to a later date most convenient to this Honorable Court.

    The undersigned has conferred with counsel for Defendants who has consented to the filing of this motion. This Court may wish to take notice that this is Plaintiff's first request for adjournment of this Conference. Thank you for your attention to this request.

Respectfully submitted,

  By:  S/ B. Bradley Weitz
      B. Bradley Weitz, Esq.
      The Weitz Law Firm, P.A.
      Bank of America Building
      18305 Biscayne Blvd., Suite 214
      Aventura, Florida 33160
      Telephone: (305) 949-7777
      Facsimile:  (305) 704-3877
      Email: bbw@weitzfirm.com
      *Attorney for Plaintiff*

---

The pretrial conference scheduled for October 16, 2024 is ADJOURNED to **October 21, 2024 at 10:30 a.m.** The call-in information remains the same. The Clerk of Court is directed to terminate ECF Nos. 17, 18.

        SO ORDERED.

*[signature]*

        October 10, 2024

1